**Linda GILBERT, et al., Plaintiffs–Appellants,**

v.

**John D. FERRY, Jr., et al., Defendants–Appellees.**

No. 04–1207.

United States Court of Appeals, Sixth Circuit.

June 24, 2005.

Richard L. Steinberg, Richard L. Steinberg, P.C., Detroit, MI, for Plaintiffs–Appellants.

Gary P. Gordon, Asst. Atty. General, Office of the Attorney General, Public Employment and Elections Division, Margaret A. Nelson, Office of the Attorney General, Tort Defense Division, Lansing, MI, for Defendants–Appellees.

Before BOGGS, Chief Circuit Judge; KENNEDY and MARTIN, Circuit Judges.

ORDER

Plaintiffs have filed a motion to suspend the rules, expedite the appeal filed in *Fieger v. Ferry,* No. 05–1295, consolidate that case with the instant appeal, vacate the district court judgment in that case and the panel decision in *Gilbert v. Ferry,* 401 F.3d 411 (6th Cir.2005), remand both cases to the district court for reconsideration in light of *Exxon Mobil Corporation v. Saudi Basic Industries Corporation,* —— U.S. ——, 125 S.Ct. 1517 161 L.Ed.2d 454 (2005), March 30, 2005, and remand both cases with instructions to re-open discovery so Plaintiffs–Appellants may produce evidence that one or more of the exceptions to *Younger* abstention apply to *Gilbert* and *Fieger.*

The motion to consolidate the appeal filed in *Fieger* with the instant appeal and to remand the consolidated cases is denied in light of our decision this day in *Gilbert.*

The motion to remand *Fieger* for further discovery and to expedite the appeal are denied without prejudice and may be raised before the panel assigned to that appeal.